UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

CORBIS CORPORATION, : 
a Nevada corporation, :
: **08 CV 2946**
: *JUDGE DANIELS*
Plaintiff, :
:
v. : No. 07 Civ. _____
:
LIFENHANCE, INC., : **RULE 7.1 DISCLOSURE**
a Texas corporation, : **STATEMENT**
:
Defendant. : **ECF CASE**

---------------------------------------------------x

Plaintiff Corbis Corporation ("Corbis") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Corbis Holdings, Inc. is the parent corporation of Corbis. No publicly held corporation owns 10% or more of Corbis stock.

Dated: New York, New York
March 20, 2008

COVINGTON & BURLING LLP

By: _____
Matthew J. Watkins

The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 841-1000
Facsimile:   (212) 841-1010

Attorneys for Plaintiff
CORBIS CORPORATION

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California  94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091