USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
CORBIS CORPORATION,　　　　　　　　:
a Nevada corporation,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　　　: 　No. 08 Civ. 2946 (GBD)
　　　　　　　　　　　　　　　　　　　　　　　:
LIFENHANCE, INC.,　　　　　　　　　　　: 　**NOTICE OF DISMISSAL**
a Texas corporation,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　　: 　**ECF CASE**
------------------------------------------------------x

　　　　PLEASE TAKE NOTICE that Plaintiff Corbis Corporation hereby dismisses this action with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, by filing this Notice of Dismissal prior to the service of an answer or motion for summary judgment by this defendant.

Dated:　New York, New York
　　　　　July 2, 2008　　　　　　　　　　　　COVINGTON & BURLING LLP


　　　　　　　　　　　　　　　　　　　　　　By: _____Matthew J. Watt_____
　　　　　　　　　　　　　　　　　　　　　　　　　Matthew J. Watkins

　　　　　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 841-1000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 841-1010

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　CORBIS CORPORATION

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

- 1 -

- 2 -

TO:

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
153 E. 53rd Street
31st Floor
New York, NY 10022-4611

Attorneys for Defendant
LIFENHANCE, INC.

SO ORDERED: /s/ George B. Daniels
U.S.D.J.
JUL 0 8 2008.  HON. GEORGE B. DANIELS

CASE NUMBER

No. 08 Civ. 2946 (GBD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,
a Nevada corporation,

    Plaintiff,

-v-

LIFENHANCE, INC.,
a Texas corporation,

    Defendant.

NOTICE OF DISMISSAL

COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018
TEL 212 841-1000

ATTORNEYS FOR

CORBIS CORPORATION

## CERTIFICATE OF SERVICE

I, Matthew J. Watkins, an attorney, hereby certify that I caused a true and correct copy of the Notice of Dismissal to be served by first class mail on:

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
153 E. 53rd Street
31st Floor
New York, NY 10022-4611

Attorneys for Defendant
LIFENHANCE, INC.

this 2d day of July 2008.

*Matthew J. Watkins* (signature)

Matthew J. Watkins
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone:  (212) 841-1000
Facsimile:  (212) 841-1010

Attorneys for Plaintiff
CORBIS CORPORATION